103 So.2d 835

**UNITED SECURITY LIFE INSURANCE CO.**

v.

**Dena Annie WHITE.**

**6 Div. 566.**

Court of Appeals of Alabama.

June 10, 1958.

S. Palmer Keith, Jr., Birmingham, for appellant.

Bill Fite, Hamilton, for appellee.

CATES, Judge.

Appellee has moved that the appeal be dismissed because the record does not comply with Supreme Court Rule 24, revised (1955 Supp., Code, T. 7), in that the organization of the court does not appear. This motion is apt. Prince v. Hammock, 265 Ala. 255, 90 So.2d 672, and cases there cited.

Appeal dismissed.